United States District Court
Southern District of Texas
**ENTERED**
July 13, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| CATHERINE STONE CURTIS, § <br> CHAPTER 7 TRUSTEE § <br> § <br> v. § <br> § <br> LAW OFFICE OF ROGELIO SOLIS, PLLC; § <br> AND ANA GOMEZ, INDIVIDUALLY AND § <br> OBO ANNA ISABEL ORTIZ, DECEASED § | Civil Action. No. 7:21-cv-00187 |

### ORDER

In connection with the *Defendants' Motion to Withdraw the Reference* [Adv. Docket No. 42] filed by the Law Office of Rogelio Solis, PLLC and Ana Gomez, the bankruptcy court issued its *Report and Recommendation to the United States District Court that Defendants Law Office of Rogellio Solis, PLLC and Ana Gomez's Motion to Withdraw the Reference be Granted* [Adv. Docket No. 56] recommending that this Court withdraw the reference as to Adversary Proceeding Number 21-07002, but only after the Bankruptcy Court has certified that all pretrial and dispositive matters have concluded and the Adversary Proceeding is ready for trial.

The Court finds that the Bankruptcy Court's recommendation is well founded and should be adopted. It is therefore,

ORDERED that the Bankruptcy Court's report and recommendation is hereby adopted. It is further

ORDERED that the reference will be withdrawn as to Adversary Proceeding Number 21-07002 upon the Bankruptcy Court's certification that it is ready for trial. And it is further

ORDERED that the Bankruptcy Court is authorized to hear, adjudicate, and otherwise resolve all pretrial matters, including all dispositive motions, provided, however, that for any matter the resolution of which would result in the issuance of a final order or other such order as

would be subject to immediate appeal as a matter of right, the Bankruptcy Court may hear such matter, but shall submit proposed findings of fact and conclusions of law to the Court, and any final order or judgement shall be entered by the Court.

SIGNED on July 9 at McAllen, Texas.

_____
Ricardo H. Hinojosa
United States District Judge

AGREED AS TO FORM:

/s/ Simon R. Mayer
Elizabeth M. Guffy
Texas Bar Number 08592525
Simon R. Mayer
Texas Bar Number 24060243
Locke Lord LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1507
Facsimile: (713) 229-2675
Email: Eguffy@lockelord.com
       Simon.Mayer@lockelord.com

**Attorneys for Catherine Stone Curtis, Chapter 7 Trustee**

/s/ David L. Curry, Jr.*
Matthew S. Okin
Texas Bar No. 00784695
Email: mokin@okinadams.com
David L. Curry, Jr.
Texas Bar No. 24065107
Email: dcurry@okinadams.com
Edward A. Clarkson, III
Okin Adams, LLP
Texas Bar No. 24059118
Email: eclarkson@okinadams.com

**Attorneys for Defendants**

* Signed with permission.
/s/ Simon R. Mayer